IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ACI WORLDWIDE CORP., a Nebraska Corporation,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**ORACLE CORPORATION, a Delaware Corporation,**  )<br>)<br>**Defendant.**  ) | CASE NO. 8:10CV191<br><br>**ORDER** |

This matter is before the Court on the Notice of Dismissal (Filing No. 11) filed by Plaintiff ACI Worldwide Corporation. Because this is a removal case, the Court treats Plaintiff's notice as a voluntary motion to dismiss under Federal Rule of Civil Procedure 41(a)(2). Plaintiff represents that Defendants have no objections to dismissal. Therefore, the Court finds the motion should be granted and the action should be dismissed, without prejudice. The parties will bear their own costs and attorney fees.

Accordingly,

IT IS ORDERED:

1. Plaintiff's Notice of Dismissal (Filing No. 11) is approved;

2. All claims asserted by Plaintiff ACI Worldwide Corporation against Defendants Oracle Corporation are dismissed, without prejudice;

3. The parties will bear their own costs and attorney fees; and

4. All pending motions are dismissed as moot.

DATED this 21st day of June, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge